United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABRAMS v. JDS UNIPHASE CORP. | Nos.   C-02-1517 CW |
| SALEIK v. JDS UNIPHASE CORP. | C-02-1561 CW |
| BROCKWELL v. JDS UNIPHASE CORP. | C-02-1574   CW |
| DOLZHANSKY v. JDS UNIPHASE CORP. | C-02-1592 CW |
| RAYMOND v. JDS UNIPHASE CORP. | C-02-1625 CW |
| GRABAR v. JDS UNIPHASE CORP. | C-02-1661 CW |
| ARMOUR v. JDS UNIPHASE CORP. | C-02-1662 CW |
| HACKER v. JDS UNIPHASE CORP. | C-02-1690 CW |
| MURPHY v. JDS UNIPHASE CORP. | C-02-1696 CW |
| ERISMAN v. JDS UNIPHASE CORP. | C-02-1715 Cw |
| OMAR v. JDS UNIPHASE CORP. | C-02-1739 CW |
| CANTAMOUNT v. JDS UNIPHASE CORP. | C-02-1771 CW |
| HALPERN v. JDS UNIPHASE CORP. | C-02-1775 CW |
| CAPE v. JDS UNIPHASE CORP. | C-02-1776 CW |
| SKUBELLA v. JDS UNIPHASE CORP. | C-02-1826 CW |
| KIRK v. JDS UNIPHASE CORP. | C-02-2009 CW |
| STERRETT v. JDS UNIPHASE CORP. | C-02-2024 CW |
| THOMAS v. JDS UNIPHASE CORP. | C-02-2060 CW |
| ELLIS v. JDS UNIPHASE CORP. | C-02-2117 CW |
| JUNGREIS v. JDS UNIPHASE CORP. | C-02-2135 CW |
| SOLLINS v. JDS UNIPHASE CORP. | C-02-2137 CW |
| SALTER v. JDS UNIPHASE CORP. | C-02-2293 CW |
| REINSICH v. JDS UNIPHASE CORP. | C-02-2355 CW |
| HOUSTON MUNICIPAL EMPLOYEES PENSION   SYSTEM v. JDS UNIPHASE CORP. | C-02-2569 CW |
| | C-02-3008 CW |
| HESANO v. JDS UNIPHASE CORP. | C-02-3346 CW |
| KHANNA v. JDS UNIPHASE CORP. | C-02-4865 CW |
| GREENFOGEL v. JDS UNIPHASE CORP. | |
| _____ / | ORDER DISMISSING CONSOLIDATED CASES |

   The above-captioned cases having been consolidated for all further proceeding with C-02-1486 CW, <u>In re JDS Uniphase Securities Litigaiton</u>,

   IT IS HEREBY ORDERED that:

   There appears to be no further reason at this time to maintain these files as an open ones for statistical purposes,

1  and the Clerk is instructed to submit the JS-6 Forms to the
2  Administrative Office.
3      2.  Nothing contained in this Order shall be considered a
4  dismissal or disposition of these actions, and, should further
5  proceedings become necessary or desirable, any party may
6  initiate it in the same manner as if this Order had not been
7  entered.

Dated: 7/14/05                          /s/ CLAUDIA WILKEN

                                        _____
                                        CLAUDIA WILKEN
                                        United States District Judge

2